UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AL OTRO LADO, a California corporation; et al.,

Plaintiffs-Appellees,

v.

CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al.,

Defendants-Appellants.

No. 19-56417

D.C. No.
3:17-cv-02366-BAS-KSC
Southern District of California,
San Diego

ORDER

Before: THOMAS, Chief Judge, and BERZON and BRESS, Circuit Judges.

The government's motion to re-seal excerpts of record volumes 4 and 5, Dkt. 72, is DENIED. The request is untimely, *see* 9th Cir. R. 27-13(f), and the information is already publicly available. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1184 (9th Cir. 2006) (affirming an unsealing order because the information at issue was "already publicly available"); *Constand v. Cosby*, 833 F.3d 405, 410 (3d Cir. 2016) ("[W]e are similarly without power to affect the dissemination of the unsealed documents' contents in any meaningful way" where "[f]ive prominent news organizations published articles about the documents."); *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004) ("[H]owever confidential it may have been beforehand, subsequent to publication it [i]s confidential no longer. . . . [A court] simply do[es] not have the power . . . to

make what has thus become public private again.”).