UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., <br><br> Defendants-Appellants. | No. 19-56417 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego <br><br> ORDER |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The unopposed motion of Plaintiffs-Appellees to dismiss this appeal as moot is **GRANTED.** Fed. R. App. P. 42(b). The appeal is dismissed without prejudice to Appellants' raising the same issues in an appropriate subsequent appeal. The parties shall bear their own costs on appeal. This order constitutes the mandate of this court.